AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| JODI K. HIRTZINGER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:13cv00351 |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other: Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding
this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings
                                                                                                                            .

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Walter H. Rice _____ on a motion for
 Order for Report and Recommendations 

Date:  _____08/26/2014_____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western     DIVISION

JODI K. HIRTZINGER,                    :
                                       :
        Plaintiff                      :
                                       :
                                       :
        vs                             :   Case Number:  3:13cv00351
                                       :
Commissioner of the Social Security Admi :
                                       :
        Defendant                      :

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____08/26/2014_____.

        If applicable to this case, the disposal date  will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

By: __          CLERK OF COURT

                Signature of Clerk or Deputy Clerk